ALBERT E. PURCHASE et al., appellants,

*v.*

ATLANTIC SAFE DEPOSIT AND TRUST COMPANY et al.,
respondents.

[Submitted April 11th, 1914.   Decided May 8th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *81 N. J. Eq. 344.*

*Messrs. Wilson & Carr* and *Messrs. Thompson & Smathers,* for the appellants.

*Messrs. Garrison & Voorhees* and *Mr. Ulysses G. Styron,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDEN-BURGH, HEPPENHEIMER—10.

*For reversal*—None.